# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                  4:10CR00186-005   SWW

ISMAEL EFRAIN TORRES


### ORDER

Pending before the Court is defendant's  motion to continue the hearing on the government's motion to revoke bond previously scheduled for July 25, 2012. The government has no objection to the continuance. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the motion to continue [doc #224] is **GRANTED** and the hearing is rescheduled for **MONDAY, AUGUST 20, 2012 AT 1:00 P.M. IN COURTROOM #389.**

IT IS SO ORDERED this 19th day of July 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE