# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                              NO. 4:10CR00186-008  SWW

LAVERN DUNNICK

**ORDER**

Before the Court are the government's motions for revocation of the conditions of probation [docs #273 & #274] previously granted the above defendant in this matter.

A hearing is scheduled to begin on **MONDAY, DECEMBER 17, 2012 AT 2:00 P.M.**, Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the probation previously granted this defendant should not be revoked.

The Clerk is directed to issue summons for the hearing in this matter and the U. S. Marshal is directed to serve the summons on the above-named defendant.

IT IS SO ORDERED this 4th day of December 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE