IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:10CR00186-03 SWW

RAFAEL SANCHEZ, III

## ORDER

At the January 30, 2013 Revocation Hearing, the Government withdrew its Motion to Revoke (docket entry #288) and Defendant agreed that he could no longer reside with his girlfriend. The Court's April 6, 2012 Order Setting Conditions of Release (docket entry #182) is MODIFIED to require Defendant to reside with his mother in Bryant.

IT IS SO ORDERED THIS 30th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE